In the Matter of ARNOLD A. HUTSCHNECKER, Appellant, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Argued October 1, 1945; decided October 25, 1945.

*Harry Kalman* and *Lillian D. Rock* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Henry S. Manley* and *Orrin G. Judd* of counsel), for respondent.

Order affirmed, with costs; no opinion.   [See 295 N. Y. 637.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.